**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00302-REB-KMT

JORGE R. VIDAL, SR., and
EGLANTINA VIDAL, individually and as parents and next friends of
JORGE R. VIDAL, JR., a minor,

      Plaintiffs,

v.

ABDUL KADIRZADA,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal Without Prejudice** [#34][1] filed April

4, 2012.  After reviewing the notice and the file, I conclude that the notice should be approved

and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Notice of Dismissal Without Prejudice** [#34] filed April 4, 2012, is

**APPROVED**;

2.  That any pending motion is **DENIED** as moot; and

3.  That this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated April 4, 2012, at Denver, Colorado.

                            **BY THE COURT:**

                            Robert E. Blackburn
                            United States District Judge

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.