**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00302-REB-KMT

JORGE R. VIDAL, SR., and
EGLANTINA VIDAL, individually and as parents and next friends of
JORGE R. VIDAL, JR., a minor,

    Plaintiffs,

v.

ABDUL KADIRZADA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal Without Prejudice** [#34][1] filed April 4, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#34] filed April 4, 2012, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated April 4, 2012, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Robert E. Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.